UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHONA CHAVIS, HOLDEN SANDERS, AND EMANUEL CHAVIS,<br><br>     **Plaintiff,**<br><br>VERSUS<br><br>TROY LAWRENCE, JR., in his personal capacity, MURPHY PAUL, in his official capacity, BATON ROUGE POLICE DEPARTMENT, CITY OF BATON ROUGE, and PARISH OF EAST BATON ROUGE.<br><br>     **Defendants** | CIVIL NO. 3:23-CV-1129<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## **DEFENDANT MURPHY PAUL'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Defendant, Murphy Paul (hereinafter "Defendant Paul"), who respectfully requests that this Court grant his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). As set forth in the attached Memorandum in Support, Plaintiffs' claims against Defendant Paul should be dismissed in their entirety, with prejudice.

WHEREFORE, Defendant Paul, through undersigned counsel, respectfully prays that this motion be granted.

> Respectfully submitted,
>
> TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.
>
> By: */s/ Gillian B. Griffin*
>     Harry J. Philips, Jr., Bar #2047
>     Michael S. Walsh, Bar #08500
>     Gillian B. Griffin, Bar #39200
>     450 Laurel Street, 8th Floor (70801)
>     P.O. Box 2471
>     Baton Rouge, LA 70821-2471

1

Telephone: (225) 387-3221  
Facsimile:  (225) 346-8049  
Email: skip.philips@taylorporter.com  
michael.walsh@taylorporter.com  
gillian.griffin@taylorporter.com

**Attorneys for Defendant Murphy Paul**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT MURPHY PAUL'S MOTION TO DISMISS** was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 10th day of January 2024.

 /s/ *Gillian B. Griffin*  
Gillian B. Griffin